UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENISA CUCU, JUAN GALICIA, JOHANNA INIGUEZ, JUAN M. MANZANARES MANJARREZ, and VASILIKI PANTAZOPOULOU, individually and in behalf of all other persons similarly situated, <br><br> Plaintiffs, <br><br> –against– <br><br> 861 REST. INC. d/b/a PARK CAFÉ and SOPHOCLES DERTOUZOS a/k/a SOFOKLIS DEROUZOS, jointly and severally, <br><br> Defendants. | 14 CV 1235 (JGK) |

## AFFIRMATION IN SUPPORT OF MOTION

John M. Gurrieri, an attorney admitted to practice in this court, affirms that the following statements are true under the penalties of perjury:

1.      I am associated with the Law Office of Justin A. Zeller, P.C., the attorneys for the plaintiffs in this action and, as such, am familiar with the facts and circumstances of this action.

2.      Exhibit 1 is payroll records furnished by the defendants to the plaintiffs during fact discovery on November 4, 2015.

3.      Exhibit 2 is additional payroll records furnished by the defendants to the plaintiffs during fact discovery on March 10, 2016.

4.      Exhibit 3 is paystubs that Vasiliki Pantazopoulou produced to the Law Office of Justin A. Zeller, P.C., which she received when she was working for the defendants.

1

_____
John M. Gurrieri
Law Office of Justin A. Zeller, P.C.
277 Broadway, Suite 408
New York, N.Y. 10007-2036
Dated: New York, New York                Telephone: (212) 229-2249
       June 2, 2016                       Facsimile: (212) 229-2246