

**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**



**1. Employer Information**

Name:

861 RESTAURANT INC

Doing Business As (DBA) Name(s):

PARK CAFE

FEIN (optional):

13-3277331

Physical Address:

861 7TH AVENUE
NEW YORK, NY 10019

Mailing Address:

Phone:

**2. Notice given:**
☐ At hiring
☑ On or before February 1st
☐ Before a change in pay rate(s),
allowances claimed or payday

LS 54 (03/11)

**3. Employee's rate of pay:**

$ __5.00__ per hour

**4. Allowances taken:**
☐ None
☐ Tips __2.25__ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** __SUNDAY__

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ __863__ per hour (This must be at least 1½
times the worker's regular rate with few
exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate,
overtime rate (if eligible), allowances, and
designated pay day on the date given below. I
told my employer what my primary language is.

Check one:

☐ I have been given this pay notice in English
because it is my primary language.

☐ My primary language is _____. I
have been given this pay notice in English only,
because the Department of Labor does not yet
offer a pay notice form in my primary language.

JOHANNA. P. INIGUEZ
Print Employee Name

_(signature)_
Employee Signature

2/7/13
Date

CHRISTOS AVERKIOU PREZIDENT
Preparer's Name and Title

The employee must receive a signed copy of
this form. The employer must keep the original
for 6 years.

03-08-16;11:42AM;From: To: 19147931111 From: 12126641110 Date: 03/08/16 To:19147931111 Time: 7:53 AM Page: 04 ;12126641110 # 4/ 12



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

**861 RESTAURANT INC**

Doing Business As (DBA) Name(s):

**PARK CAFE**

FEIN (optional):

**13-3277331**

Physical Address:

**861 7TH AVENUE
NEW YORK, NY 10019**

Mailing Address:

**SAME AS ABOVE**

Phone: (212) 315-4567

**2. Notice given:**
- ☐ At hiring
- ☑ On or before February 1st
- ☐ Before a change in pay rate(s), allowances claimed or payday

LS 54 (03/11)

**3. Employee's rate of pay:**
$ 5.00 _____ per hour

**4. Allowances taken:**
- ☐ None
- ☑ Tips 3.00 _____ per hour
- ☐ Meals _____ per meal
- ☐ Lodging _____
- ☐ Other _____

**5. Regular payday:** THURSDAY _____

**6. Pay is:**
- ☑ Weekly
- ☐ Bi-weekly
- ☐ Other

**7. Overtime Pay Rate:**
$ 9.00 ____ per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

**Check one:**
- ☐ I have been given this pay notice in English because it is my primary language.
- ☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

JOHANNA P. INIGUEZ
_____
Print Employee Name

_____
Employee Signature

2/11/14
_____
Date

CHRISTUS AVERKIOU PREZIDENT
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

# Notice and Acknowledgement of PayRate and PayDay
## Under Section 195.1 of the New York State Labor Law
### JOHANNA P INIGUEZ

**Employer Information**

861 RESTAURANT INC.
861 7TH AVENUE
NEW YORK, NY 10019
212-315-4567
13-3277331

**Employee Rates**

| | |
|---|---|
| Regular Rate : | $9.00/hr |
| Overtime Rate : | $13.50/hr |
| Tipped Wages Rate : | $7.50/hr |
| Tipped Wages OT Rate : | $12.00/hr |
| Spread Hours Rate : | $9.00/hr |
| REG OLD RATE Rate : | $5.00/hr |

**Regular Payday**

Tuesday

**Allowances Taken**

**Pay Period**

Weekly

**Notice Given**

☐ At hiring
☐ On or before February 1
☐ Before a change in pay rate(s), allowances claimed or payday

**Employee Acknowledgement**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated payday on the date given below.

JOHANNA P INIGUEZ
Employee Name

_Johanna Iniguez_
Employee Signature

01/10/2016.
Date

CHRISTOS AVERKIOU (PRESIDENT)
Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

861 REST INC

5 days a week
8 hours a day
40 hours a week

24-60 27th St Apt # 2B
ASTORIA, N.Y 11102

03-08-16;11:43AM;From:    To: 19147931111    From: 12126641110    Date: 03/08/16    Time: 7:53 AM Page: 08    To:19147931111    ;12126641110    #    8/ 12



single with
one child,
5 days a week.
8 hours a day
40 hours a week

03-08-16.11:44AM.From:
TO: 19147931111 From: 12126641110  Date: 03/08/16  Time: 7:53 AM  Page: 10
To: 19147931111    :12126641110    # 10/ 12



**Notice and Acknowledgement of Pay Rate and Payday
Under Section 195.1 of the New York State Labor Law
Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

861 RESTAURANT INC

Doing Business As (DBA) Name(s):

PARK CAFE

FEIN (optional):

13-3277331

Physical Address:

861 7TH AVENUE
NEW YORK, NY 10019

Mailing Address:

SAME AS ABOVE

Phone: (212) 315-4567

**2. Notice given:**
☐ At hiring
☑ On or before February 1st
☐ Before a change in pay rate(s), allowances claimed or payday

LS 54 (03/11)

**3. Employee's rate of pay:**
$ 5.00 _____ per hour

**4. Allowances taken:**
☐ None
☑ Tips 3.00 _____ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** THURSDAY _____

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ 9.00 _____ per hour (This must be at least 1½ times the worker's regular rate with few exceptions.)

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

Check one:

☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

DENISA T. CUCU
_____
Print Employee Name

_____
Employee Signature

9 / 11 / 14
_____
Date

CHRISTUS AVERLIUU PREZUi
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

03-08-16;11:44AM;From:    To: 19147931111    From: 12126641110    Date: 03/08/16    Time: 7:53 AM Page: 11    To:19147931111    ;12126641110    # 11/ 12



**Notice and Acknowledgement of Pay Rate and Payday**
**Under Section 195.1 of the New York State Labor Law**
**Notice for Hourly Rate Employees**

**1. Employer Information**

Name:

861 RESTAURANT INC

Doing Business As (DBA) Name(s):

PARK CAFE

FEIN (optional):

13-3277331

Physical Address:

861 7TH AVENUE
NEW YORK, NY 10019

Mailing Address:

Phone:

**2. Notice given:**
☐ At hiring
☑ On or before February 1st
☐ Before a change in pay rate(s), allowances claimed or payday

LS 54 (03/11)

**3. Employee's rate of pay:**

$ _50__ per hour

**4. Allowances taken:**
☐ None
☐ Tips _2.25_ per hour
☐ Meals _____ per meal
☐ Lodging _____
☐ Other _____

**5. Regular payday:** _SUNDAY_

**6. Pay is:**
☑ Weekly
☐ Bi-weekly
☐ Other

**7. Overtime Pay Rate:**
$ _8.63_ per hour (This must be at least 1½ times the worker's regular rate with few exceptions.]

**8. Employee Acknowledgement:**

On this day I have been notified of my pay rate, overtime rate (if eligible), allowances, and designated pay day on the date given below. I told my employer what my primary language is.

Check one:

☐ I have been given this pay notice in English because it is my primary language.

☐ My primary language is _____. I have been given this pay notice in English only, because the Department of Labor does not yet offer a pay notice form in my primary language.

_DENISA · T · CULU_
Print Employee Name

_[signature]_
Employee Signature

_2|7|13_
Date

_CHRISTUS AVERKIOU PREZIDENT_
Preparer's Name and Title

The employee must receive a signed copy of this form. The employer must keep the original for 6 years.

03-08-16;11:45AM;From:    To: 19147931111    From: 12126641110    Date: 03/08/16    To:19147931111    Time: 7:53 AM Page: 12    ;12126641110    # 12/ 12



861 REST. INC

DARK CAFE,

8 hour day
5 days or week
40 hours of week

03-08-16 11:41AM From:
TO: 19147931111 From: 12126641110 Date: 03/08/16 Time: 7:53 AM Page: 01
To: 19147931111                    12126641110
#  1/ 12